IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH K.,

      Plaintiff,                          Case No. 3:25-cv-28

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,         Magistrate Judge Stephanie K. Bowman

      Defendant.

_____

**ORDER: (1) GRANTING THE PARTIES' JOINT, UNOPPOSED MOTION TO REMAND TO THE COMMISSIONER (Doc. No. 7); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

_____

      This Social Security disability benefits appeal is presently before the Court on the parties' Joint, unopposed motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 7.

      For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT** (1) the parties' joint unopposed motion for remand is **GRANTED**; and (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's ("ALJ") decision.  The Appeals Counsel will remand the matter for further proceedings, and the ALJ will reevaluate the claim starting at the beginning of the sequential evaluation, including

offering Plaintiff a new administrative hearing.  The ALJ will then issue a new decision.  This case is **TERMINATED** upon the Court's docket.  The Clerk is **ORDERED** to enter judgment in Plaintiff's favor.

        **IT IS SO ORDERED.**

     June 11, 2025                               s/*Michael J. Newman*
                                                   Hon. Michael J. Newman
                                                   United States District Judge