IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH K.,

    Plaintiff,                                          Case No.: 3:25-cv-28

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Stephanie K. Bowman

    Defendant.

_____

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 10); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $1,340.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**
_____

This Social Security case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $1,340.00. Doc. No. 10.  The parties agree that an award of $1,340.00 in attorney fees satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA in the instant case.  *Id*.

For good cause shown, the Court: (1) **GRANTS** the parties' joint motion; and (2) **AWARDS** EAJA fees in the total amount of $1,340.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

<u>July 10, 2025</u>                                       s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge